AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schroeder, HKennethJr | U.S. District Court, W.D.N.Y. | 06/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-Full time | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Retirement Plan - former law firm - no control |
| 2. | May 2000 | Hodgson, Russ, Andrews, Woods & Goodyear Capital Accounts - former law firm - no control |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/01/14 | Hodgson,Russ,Andrews,Woods&Goodyear-Retirement income from pension plan. | $75,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Schroeder, HKennethJr | 06/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT - Common Stock & money funds: | | | | | | | | | |
| 2. MLIKX Money Funds | | None | J | T | | | | | |
| 3. Hodgson, Russ, Andrews, Woods & Goodyear 401(k) - no control | | | | | | | | | |
| 4. Common Stock: | | | | | | | | | |
| 5. Harbor Capital Appreciation | A | Dividend | K | T | | | | | |
| 6. Managers Special Equity | A | None | K | T | | | | | |
| 7. Dodge & Cox Stock Fund | | None | K | T | | | | | |
| 8. Loomis Sayles Small Cap | | None | K | T | | | | | |
| 9. Fleet Bank-checking account | A | None | J | T | | | | | |
| 10. Common Stock - M&T Bank | A | Dividend | L | T | | | | | |
| 11. Mutual Funds: | | | | | | | | | |
| 12. AIM Large Cap Growth Fund | | None | J | T | | | | | |
| 13. Alliance Premier Growth Fund | | None | J | T | | | | | |
| 14. Legg Mason Value Trust | | None | J | T | | | | | |
| 15. Lord Abbett Secs Tr. | | None | J | T | | | | | |
| 16. Putnam Int. Growth Fund | | None | J | T | | | | | |
| 17. Templeton Funds Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Van Kampen Comstock CL | | None | J | T | | | | | |
| 19. Van Kampen Equity Trust | | None | J | T | | | | | |
| 20. Money Market Funds: | | | | | | | | | |
| 21. Legg Mason Cash Reserve Trust | | None | K | T | | | | | |
| 22. Section 529 - Internal Revenue Code Education Funds for | | | | | | | | | |
| 23. New York's College Savings Program (age/risk based invest.) | | | | | | | | | |
| 24. | | None | K | T | | | | | |
| 25. | | None | K | T | | | | | |
| 26. | | None | K | T | | | | | |
| 27. M&T BANK (common stock) | B | Dividend | K | T | | | | | |
| 28. M&T BANK (common stock) | A | Dividend | J | T | | | | | |
| 29. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 30. M&T BANK (common stock) | A | Dividend | K | T | | | | | |
| 31. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 32. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 33. M&T BANK (common stock) | B | Dividend | J | T | | | | | |
| 34. M&T BANK (common stock) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. LEAR CORP | A | Dividend | | | Buy | 07/25/14 | J | | |
| 36. LEAR CORP | | None | | | Sold | 10/28/14 | J | A | |
| 37. LEXMARK INTL INC CL A | A | Dividend | J | T | Buy | 12/01/14 | J | | |
| 38. REGIONS FINL CORP | A | Dividend | | | Buy | 02/14/14 | J | | |
| 39. REGIONS FINL CORP | A | Int./Div. | | | Sold | 07/22/14 | J | B | |
| 40. APACHE CORP | A | Dividend | | | Sold | 02/14/14 | J | A | |
| 41. KINDER MORGAN ENERGY PARTNERS MLP | A | Dividend | | | Sold | 03/03/14 | J | A | |
| 42. TEXTRON INC DE | A | Dividend | | | Sold | 05/02/14 | J | B | |
| 43. APPLE INC DE | A | Dividend | | | Sold | 05/02/14 | J | A | |
| 44. HARTFORD FINCL SERVICES GROUP INC | A | Dividend | | | Sold | 04/29/14 | J | B | |
| 45. BOSTON PROPERTIES INC DE | A | Dividend | | | Sold | 05/15/14 | L | B | |
| 46. AMER EXPRESS CO DE | A | Dividend | | | Sold | 03/18/14 | J | B | |
| 47. PUBLIC STORAGE REIT DE | A | Dividend | | | Sold | 10/31/14 | J | A | |
| 48. BLACKROCK INC DE | A | Dividend | | | Sold | 04/17/14 | J | A | |
| 49. SIMON PPTY GROUP INC SBI DE | A | Dividend | | | Sold | 04/25/14 | J | B | |
| 50. BEIERSDORF AG ORD *FOREIGN SECURITY ORD | A | Dividend | | | Sold | 07/23/14 | J | B | |
| 51. JPMORGAN CHASE & CO DE | A | Dividend | | | Sold | 02/05/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  TOTAL S.A. FRANCE SPON ADR | A | Dividend | | | Sold | 06/19/14 | J | B | |
| 53.  EQUINIX INC NEW DE | A | Int./Div. | | | Sold | 03/11/14 | J | B | |
| 54.  SWATCH GROUP AG ADR DE | A | Dividend | | | Sold | 07/22/14 | J | B | |
| 55.  LAZARD LTD CL A DE | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 56.  CARNIVAL CORP NEW (PAIRED STOCK) | A | Dividend | | | Sold | 05/16/14 | J | B | |
| 57.  TRINA SOLAR LTD ADS SPON ADR | A | Int./Div. | | | Sold | 06/04/14 | J | A | |
| 58.  LAS VEGAS SANDS CORP DE | A | Dividend | | | Sold | 09/10/14 | J | A | |
| 59.  GAMESTOP CORP NEW (HOLDING CO) CL A | A | Dividend | | | Sold | 03/18/14 | J | B | |
| 60.  CIENA CORP NEW DE | A | Int./Div. | | | Sold | 06/05/14 | J | B | |
| 61.  GILEAD SCIENCES INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 62.  POWER ASSETS HOLDINGS LTD SPON ADR | A | Dividend | | | Sold | 06/25/14 | J | B | |
| 63.  EASTMAN CHEMICAL CO DE | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 64.  EOG RESOURCES INC DE | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 65.  CVS CAREMARK CORP (X) | A | Dividend | | | Sold | 02/05/14 | J | B | |
| 66.  ENTERPRISE PRODUCTS PARTNER LP MLP | A | Dividend | | | Sold | 04/29/14 | J | B | |
| 67.  COVIDIEN PLC (X) | A | Dividend | | | Sold | 06/16/14 | J | B | |
| 68.  DISCOVER FINANCIAL SERVICES | A | Dividend | | | Sold | 03/18/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. FASTENAL CO (X) | A | Dividend | | | Sold | 04/11/14 | J | C | |
| 70. XILINX INC | A | Dividend | | | Sold | 07/23/14 | J | B | |
| 71. AMERISOURCEBERGEN CORP | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 72. SCRIPPS NETWORKS INTERACT INC CL A | A | Dividend | | | Sold | 04/09/14 | J | B | |
| 73. KELLY SERVICES CL A (X) | A | Dividend | | | Sold | 03/28/14 | J | B | |
| 74. VALERO ENERGY CORP NEW | A | Dividend | | | Sold | 04/15/14 | J | B | |
| 75. DELTA AIR LINES INC DELA NEW (X) | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 76. SINCLAIR BROADCAST GROUP INC CL A | A | Dividend | | | Sold | 08/11/14 | J | B | |
| 77. PRUDENTIAL FINANCIAL INC | A | Dividend | | | Sold | 03/04/14 | J | B | |
| 78. CBOE HLDGS INC COM | A | Dividend | | | Sold | 03/13/14 | J | B | |
| 79. QUALCOMM INC | A | Dividend | | | Sold | 04/24/14 | J | B | |
| 80. DEAN FOODS CO NEW | A | Dividend | | | Buy | 02/14/14 | J | | |
| 81. DEAN FOODS CO NEW | A | Int./Div. | | | Sold | 06/10/14 | J | B | |
| 82. CROWN CASTLE INTL CORP (X) | A | Dividend | | | Sold | 04/25/14 | J | B | |
| 83. EARTHLINK HLDGS CORP COM | A | Dividend | | | Sold | 08/05/14 | J | A | |
| 84. GENERAL MOTORS CO | A | Dividend | | | Buy | 03/13/14 | J | | |
| 85. GENERAL MOTORS CO | A | Int./Div. | | | Sold | 10/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. PRICE T ROWE GROUP INC | A | Dividend | | | Sold | 04/24/14 | J | B | |
| 87. CBS CORP NEW CL B | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 88. JOHNSON CONTROLS INC | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 89. SOUTH JERSEY IND INC | A | Dividend | | | Buy | 02/27/14 | J | | |
| 90. SOUTH JERSEY INC INC | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 91. FLOWSERVE CORP | A | Dividend | | | Sold | 05/02/14 | J | B | |
| 92. CST BRANDS INC (X) | A | Dividend | | | Sold | 04/08/14 | J | A | |
| 93. EMC CORP MASS | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 94. AETNA INC | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 95. CDN IMPERIAL BK COMM CANADA CAD | A | Dividend | | | Sold | 08/28/14 | J | B | |
| 96. GAP INC | A | Dividend | | | Buy | 03/18/14 | J | | |
| 97. GAP INC | A | Int./Div. | | | Sold | 08/04/14 | J | A | |
| 98. GENERAL GROWTH PPTYS INC NEW COM | A | Dividend | | | Buy | 03/04/14 | J | | |
| 99. GENERAL GROWTH PPTYS INC NEW COM | A | Int./Div. | | | Sold | 07/29/14 | J | B | |
| 100. TRINITY INDUSTRIES INC | A | Dividend | | | Sold | 10/28/14 | J | B | |
| 101. TORONTO DOMINION BK NEW CANADA CAD | A | Dividend | | | Buy | 03/05/14 | J | | |
| 102. TORONTO DOMINION BK NEW CANADA CAD | A | Int./Div. | | | Sold | 08/28/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. KONINKLUKE AHOLD NV SPON ADR | A | Dividend | | | Sold | 08/21/14 | J | A | |
| 104. ACTIVISION BLIZZARD INC | A | Dividend | | | Buy | 03/13/14 | J | | |
| 105. ACTIVISION BLIZZARD INC | A | Int./Div. | | | Sold | 07/07/14 | J | B | |
| 106. NRG ENERGY INC NEW | A | Dividend | | | Buy | 04/24/14 | J | | |
| 107. NRG ENERGY INC NEW | A | Int./Div. | | | Sold | 06/24/14 | J | B | |
| 108. ADIDAS AG SPON ADR | A | Dividend | | | Buy | 02/10/14 | J | | |
| 109. ADIDAS AG SPON ADR | A | Int./Div. | | | Sold | 05/15/14 | J | B | |
| 110. CELANESE CORP NEW SER A | A | Dividend | | | Buy | 04/25/14 | J | | |
| 111. CELANESE CORP NEW SER A | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 112. CRH PLC IRELAND SPON ADR (X) | A | Dividend | | | Sold | 08/21/14 | J | B | |
| 113. CHEUNG KONG HOLDINGS LTD ADR HONG KONG ADR | A | Dividend | | | Sold | 08/05/14 | J | B | |
| 114. AMERICAN CAMPUS COMMUNITIES INC REITS | A | Dividend | | | Buy | 03/03/14 | J | | |
| 115. AMERICAN CAMPUS COMMUNITIES INC REITS | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 116. AXA ADR (X) | A | Dividend | | | Sold | 05/13/14 | J | A | |
| 117. STD MOTOR PRODUCTS INC | A | Dividend | | | Buy | 04/30/14 | J | | |
| 118. STD MOTOR PRODUCTS INC | | None | | | Sold | 07/30/14 | J | B | |
| 119. AIRBUS GROUP NV EUR (X) | A | Dividend | | | Sold | 07/30/14 | J | B | |

1. Income Gain Codes:  A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes         J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                       P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)       U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. TRIUMPH GROUP INC | A | Dividend | | | Buy | 03/11/14 | J | | |
| 121. TRIUMPH GROUP INC | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 122. ORIENT OVERSEAS INTL LTD ADR | A | Dividend | | | Buy | 04/25/14 | J | | |
| 123. ORIENT OVERSEAS INTL LTD ADR | A | Int./Div. | | | Sold | 08/12/14 | J | B | |
| 124. GNC HOLDINGS INC | A | Dividend | | | Buy | 04/17/14 | J | | |
| 125. GNC HOLDINGS INC | A | Int./Div. | | | Sold | 06/26/14 | J | A | |
| 126. KNOLL INC NEW | A | Dividend | | | Buy | 04/17/14 | J | | |
| 127. KNOLL INC NEW | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 128. HUNTINGTON BANCSHARES DE VSP | A | Dividend | | | Buy | 04/28/14 | J | | |
| 129. HUNTINGTON BANCSHARES DE VSP | A | Int./Div. | | | Sold | 10/20/14 | J | A | |
| 130. TECK RESOURCES LTD CL B ORD CAD | A | Dividend | | | Buy | 06/04/14 | J | | |
| 131. TECK RESOURCES LTD CL B ORD CAD | A | Int./Div. | | | Sold | 07/24/14 | J | B | |
| 132. DDR CORP REIT SBI | A | Dividend | | | Buy | 03/18/14 | J | | |
| 133. DDR CORP REIT SBI | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 134. STEEL DYNAMICS INC | A | Dividend | | | Buy | 06/05/14 | J | | |
| 135. STEEL DYNAMICS INC | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 136. HERMAN MILLER INC | A | Dividend | | | Buy | 04/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. HERMAN MILLER INC | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 138. STEELCASE NEW CL A | A | Dividend | | | Buy | 04/30/14 | J | | |
| 139. STEELCASE NEW CL A | A | Int./Div. | | | Sold | 09/24/14 | J | B | |
| 140. AGRICULTURAL BK CHINA LTD ADR (X) | A | Dividend | | | Sold | 08/28/14 | J | B | |
| 141. TAIWAN SEMICONDUCTOR MFG CO LTD ADR (X) | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 142. CHINA STHN AIRLINES CO LTD REPSTG 50 SHS CL H SPON ADR | A | Dividend | | | Buy | 05/21/14 | J | | |
| 143. CHINA STHN AIRLINES CO LTD REPSTG 50 SHS CL H | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 144. MORGAN STANLEY | A | Dividend | | | Buy | 07/17/14 | J | | |
| 145. MORGAN STANLEY | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 146. AMERICAN AIRLS GROUP INC (X) | A | Dividend | | | Sold | 10/28/14 | J | A | |
| 147. CHINA MERCHANTS BK CO LTD UNSPONSORED ADR | A | Dividend | | | Buy | 06/26/14 | J | | |
| 148. CHINA MERCHANTS BK CO LTD UNSPONSORED ADR | A | Int./Div. | | | Sold | 09/17/14 | J | B | |
| 149. POSCO SPON ADR | A | Dividend | | | Buy | 05/02/14 | J | | |
| 150. POSCO SPON ADR | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 151. H&E EQUIPMENT SERVICES INC | A | Dividend | | | Buy | 05/02/14 | J | | |
| 152. H&E EQUIPMENT SERVICES INC | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 153. APPLIED MATERIALS INC | A | Dividend | | | Buy | 06/09/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. APPLIED MATERIALS INC | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 155. MAGNA INTL INC CL A SUB VTG CANADA ORD CAD | A | Dividend | | | Buy | 08/08/14 | J | | |
| 156. MAGNA INTL INC CL A SUB VTG CANADA ORD CAD | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 157. CHICAGO BRIDGE & IRON CO NV EUR | A | Dividend | | | Buy | 07/25/14 | J | | |
| 158. CHICAGO BRIDGE & IRON CO NV EUR | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 159. FEDEX CORP | A | Dividend | J | T | Buy | 06/18/14 | J | | |
| 160. HEWLETT PACKARD CO | A | Dividend | | | Buy | 07/01/14 | J | | |
| 161. HEWLETT PACKARD CO | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 162. PETROFAC LTD ORD | A | Dividend | | | Buy | 08/26/14 | J | | |
| 163. PETROFAC LTD ORD | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 164. SYNNEX CORP | A | Dividend | | | Buy | 05/19/14 | J | | |
| 165. SYNNEX CORP | A | Int./Div. | | | Sold | 06/17/14 | J | B | |
| 166. BLACKSTONE GROUP LP/THE UNIT REPSTG LTD PARTNERSHIP INT | A | Dividend | | | Buy | 09/18/14 | J | | |
| 167. BLACKSTONE GROUP LP/THE UNIT REPSTG LTD PARTNERSHIP INT DE VSP | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 168. SM ENERGY CO | A | Dividend | | | Buy | 08/06/14 | J | | |
| 169. SM ENERGY CO | A | Int./Div. | | | Sold | 10/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. SMITH & NEPHEW PLC NEW SPON ADR | A | Dividend | | | Buy | 05/01/14 | J | | |
| 171. SMITH & NEPHEW PLC NEW SPON ADR | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 172. PNM RESOURCES INC (HOLDING CO) | A | Dividend | | | Buy | 09/04/14 | J | | |
| 173. PNM RESOURCES INC (HOLDING CO) | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 174. KKR & CO L P DEL COM UNITS MLP | A | Dividend | | | Buy | 09/29/14 | J | | |
| 175. KKR & CO L P DEL COM UNITS MLP | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 176. CUMMINS INC | A | Dividend | | | Sold | 02/10/14 | J | A | |
| 177. LYONDELLBASELL INDUSTRIES N V SHS - A - CL - A | A | Dividend | | | Buy | 10/24/14 | J | | |
| 178. LYONDELLBASELL INDUSTRIES N V SHS - A - CL A | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 179. TOYOTA MOTOR CORP NEW JAPAN SPON ADR | A | Dividend | | | Buy | 03/28/14 | J | | |
| 180. TOYOTA MOTOR CORP NEW JAPAN SPON ADR | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 181. BARRICK GOLD CORP CAD | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 182. COPA HOLDINGS SA CL A | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 183. RELIANCE STEEL & ALUMINUM CO | A | Dividend | | | Buy | 09/10/14 | J | | |
| 184. RELIANCE STEEL & ALUMINUM CO | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 185. PRECISION CASTPARTS CORP | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 186. TRAVELERS COS INC/THE | A | Dividend | J | T | Buy | 09/19/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. TRAVELERS COS INC/THE DE VSP | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 188. AFLAC INC DE VSP | A | Int./Div. | | | Sold | 02/06/14 | J | B | |
| 189. CDN IMPERIAL BK COMM CANADA CAD DE | A | Int./Div. | J | T | Buy | 02/06/14 | J | | |
| 190. COCA COLA CO COM DE VSP 103008 (X) | A | Int./Div. | | | Sold | 02/06/14 | J | B | |
| 191. ENTEGRIS INC DE | A | Dividend | | | Buy | 02/06/14 | J | | |
| 192. ENTEGRIS INC DE | A | Int./Div. | | | Sold | 10/20/14 | J | B | |
| 193. INTEGRATED DEVICE TECH INC DE | A | Dividend | | | Buy | 02/06/14 | J | | |
| 194. INTEGRATED DEVICE TECH INC DE | A | Int./Div. | | | Sold | 05/07/14 | J | B | |
| 195. NEUROCRINE BIOSCIENCES INC NEW NEW DE | A | Dividend | | | Buy | 02/06/14 | J | | |
| 196. NEUROCRINE BIOSCIENCES INC NEW NEW DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 197. DU PONT DE NEMOURS DE VSP 061611 (X) | A | Int./Div. | | | Sold | 02/07/14 | J | B | |
| 198. PIKE CORP DE | A | Dividend | | | Buy | 02/07/14 | J | | |
| 199. PIKE CORP DE | A | Int./Div. | | | Sold | 08/13/14 | J | B | |
| 200. RF MICRO DEVICES INC DE | A | Dividend | | | Buy | 02/07/14 | J | | |
| 201. RF MICRO DEVICES INC DE | A | Int./Div. | | | Sold | 07/25/14 | J | A | |
| 202. SPIRIT AIRLINES INC DE | A | Dividend | | | Buy | 02/07/14 | J | | |
| 203. SPIRIT AIRLINES INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. TAKE-TWO INTERACTIVE SOFTWRE DE VSP 062713 | A | Int./Div. | | | Sold | 02/07/14 | J | B | |
| 205. SNAP ON INC DE VSP 021312 | A | Int./Div. | | | Sold | 02/10/14 | J | B | |
| 206. LATTICE SEMICONDUCTOR CORP DE | A | Dividend | | | Buy | 02/12/14 | J | | |
| 207. LATTICE SEMICONDUCTOR CORP DE | A | Int./Div. | | | Sold | 04/25/14 | J | B | |
| 208. ON SEMICONDUCTOR CORP DE | A | Dividend | | | Buy | 02/12/14 | J | | |
| 209. ON SEMICONDUCTOR CORP DE | A | Int./Div. | | | Sold | 10/10/14 | J | A | |
| 210. COACH INC DE VSP 103008VSP (X) | A | Int./Div. | | | Sold | 02/21/14 | J | B | |
| 211. HELIX ENERGY SOLUTIONS GROUP INC DE | A | Dividend | | | Buy | 02/21/14 | J | | |
| 212. HELIX ENERGY SOLUTIONS GROUP INC | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 213. BLUCORA INC DE | A | Dividend | | | Buy | 02/25/14 | J | | |
| 214. BLUCORA INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 215. CAMPBELL SOUP CO DE VSP 090513 | A | Int./Div. | | | Sold | 02/25/14 | J | B | |
| 216. ANSYS INC DE VSP 062813 | A | Int./Div. | | | Sold | 02/26/14 | J | B | |
| 217. ARRIS GROUP INC NEW COM DE | A | Dividend | | | Buy | 02/26/14 | J | | |
| 218. ARRIS GROUP INC NEW COM DE | A | Int./Div. | | | Sold | 05/27/14 | J | B | |
| 219. CERNER CORP DE VSP 102811 | A | Int./Div. | | | Sold | 02/26/14 | J | B | |
| 220. PHOTOTRONICS INC DE | A | Dividend | J | T | Buy | 02/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 17 of 28

Name of Person Reporting

Schroeder, HKennethJr

Date of Report

06/03/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. USG CORP NEW DE VSP 043012 | A | Int./Div. | | | Sold | 02/27/14 | J | B | |
| 222. CLEARWATER PAPER CORP DE | A | Dividend | | | Buy | 03/03/14 | J | | |
| 223. CLEARWATER PAPER CORP DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 224. WALT DISNEY CO (HOLDING CO) DISNEY COM DE VSP 051311 (X) | A | Int./Div. | | | Sold | 03/03/14 | J | B | |
| 225. WINDSTREAM HLDGS INC COM DE VSP - 080511 (X) | A | Int./Div. | | | Sold | 03/05/14 | J | A | |
| 226. CAVIUM COM DE VSP 013014 (X) | A | Int./Div. | | | Sold | 03/13/14 | J | B | |
| 227. QUANTA SERVICES INC DE | A | Dividend | | | Buy | 03/24/14 | J | | |
| 228. QUANTA SERVICES INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 229. MALLINCKRODT PUB LTD CO DE VSP 031011 (X) | A | Int./Div. | | | Sold | 04/08/14 | J | A | |
| 230. JETBLUE AIRWAYS CORP DE | A | Dividend | | | Buy | 04/09/14 | J | | |
| 231. JETBLUE AIRWAYS CORP DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 232. MERITOR INC DE | A | Dividend | | | Buy | 04/15/14 | J | | |
| 233. MERITOR INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 234. PRESTIGE BRANDS HOLDINGS INC DE | A | Dividend | | | Buy | 04/16/14 | J | | |
| 235. PRESTIGE BRANDS HOLDINGS INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 236. AUTONATION INC DE VSP 071813 | A | Int./Div. | | | Sold | 04/17/14 | J | B | |
| 237. CASELLA WASTE SYSTEMS INC CL A DE | A | Dividend | | | Buy | 04/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. CASELLA WASTE SYSTEMS INC CL A DE | A | Dividend | | | Sold | 07/11/14 | J | B | |
| 239. KORN FERRY INTL CAL DE | A | Dividend | | | Buy | 04/25/14 | J | | |
| 240. KORN FERRY INTL CAL DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 241. VALE SA-SP SPON ADR DE | A | Dividend | | | Buy | 04/25/14 | J | | |
| 242. VALE SA-SP SPON ADR DE | A | Int./Div. | | | Sold | 08/21/14 | J | B | |
| 243. HUTCHISON WHAMPOA LTD ADR HONG KONG ADR DE VSP 032813 | A | Int./Div. | | | Sold | 04/28/14 | J | A | |
| 244. SHIRE PLC SPON ADR DE | A | Dividend | | | Buy | 05/01/14 | J | | |
| 245. SHIRE PLC SPON ADR DE | A | Dividend | | | Sold | 07/18/14 | J | B | |
| 246. CONCUR TECHNOLOGIES INC DE | A | Dividend | | | Buy | 05/02/14 | J | | |
| 247. CONCUR TECHNOLOGIES INC DE | A | Int./Div. | | | Sold | 06/16/14 | J | B | |
| 248. SEMTECH CORP DE | A | Dividend | | | Buy | 05/02/14 | J | | |
| 249. SEMTECH CORP DE | A | Int./Div. | | | Sold | 10/10/14 | J | A | |
| 250. SINOPEC SHANGHAI PETROCHEMICAL CO LTD SPON ADR DE VSP 061313 | A | Int./Div. | | | Sold | 05/02/14 | J | B | |
| 251. OWENS ILLINOIS INC NEW DE | A | Dividend | | | Buy | 05/07/14 | J | | |
| 252. OWENS ILLINOIS INC NEW DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 253. AIR CHINA LTD SPON ADR DE VSP 071813 | A | Int./Div. | | | Sold | 05/16/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 254. OFFICE DEPOT INC DE | A | Dividend | | | Buy | 05/19/14 | J | | |
| 255. OFFICE DEPOT INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 256. SPROUTS FARMERS MARKETS INC DE | A | Dividend | | | Buy | 06/06/14 | J | | |
| 257. SPROUTS FARMERS MARKETS INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 258. EBAY INC DE | A | Dividend | | | Buy | 06/10/14 | J | | |
| 259. EBAY INC DE | A | Int./Div. | | | Sold | 07/29/14 | J | B | |
| 260. STANDARD PACIFIC CORP NEW DE | A | Dividend | | | Buy | 06/17/14 | J | | |
| 261. STANDARD PACIFIC CORP NEW DE | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 262. TESCO PLC SPONS ADR UNITED KINGDOM DE | A | Dividend | | | Buy | 06/19/14 | J | | |
| 263. TESCO PLC SPONS ADR UNITED KINGDOM DE | A | Int./Div. | | | Sold | 09/22/14 | J | A | |
| 264. TIBCO SOFTWARE INC DE | A | Dividend | | | Buy | 06/20/14 | J | | |
| 265. TIBCO SOFTWARE INC DE | A | Int./Div. | | | Sold | 09/29/14 | J | B | |
| 266. CELGENE CORP STOCK SPLIT SYMBOL: CELG RATE 1.00 (X) | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 267. SYNNEX CORP DE | A | Dividend | | | Buy | 07/11/14 | J | | |
| 268. SYNNEX CORP DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 269. MICHAEL KORS HLDGS LTD DE | A | Dividend | | | Buy | 07/15/14 | J | | |
| 270. MICHAEL KORS HLDGS LTD DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 271. FMC TECHNOLOGIES INC DE | A | Dividend | | | Buy | 07/23/14 | J | | |
| 272. FMC TECHNOLOGIES INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 273. SKECHERS USA INC CL A DE | A | Dividend | | | Buy | 07/24/14 | J | | |
| 274. SKECHERS USA INC CL A DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 275. INFORMATICA CORP DE | A | Dividend | | | Buy | 07/25/14 | J | | |
| 276. INFORMATICA CORP DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 277. 3-D SYSTEMS CORP DELA NEW DE | A | Dividend | | | Buy | 07/30/14 | J | | |
| 278. 3-D SYSTEMS CORP DELA NEW DE | A | Int./Div. | | | Sold | 10/22/14 | J | B | |
| 279. QUALCOMM INC DE | A | Dividend | | | Buy | 08/08/14 | J | | |
| 280. QUALCOMM INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 281. SWIFT TRANSN CO CL A DE | A | Dividend | | | Buy | 08/20/14 | J | | |
| 282. SWIFT TRANSN CO CL A DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 283. EW SCRIPPS CO CL A DE | A | Dividend | | | Buy | 09/24/14 | J | | |
| 284. EW SCRIPPS CO CL A DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 285. HOCHTIEF AG ORD DM 5 PR ORD EUR DE | A | Dividend | | | Buy | 10/02/14 | J | | |
| 286. HOCHTIEF AG ORD DM 5 PR ORD EUR DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 287. FRANKLIN RESOURCES INC DE | A | Dividend | | | Buy | 10/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288.  FRANKLIN RESOURCES INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 289.  MERITAGE HOMES CORP DE | A | Dividend | | | Buy | 10/06/14 | J | | |
| 290.  MERITAGE HOMES CORP DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 291.  XEROX CORP DE | A | Dividend | | | Buy | 10/08/14 | J | | |
| 292.  XEROX CORP DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 293.  KATE SPADE & CO DE | A | Dividend | | | Buy | 10/09/14 | J | | |
| 294.  KATE SPADE & CO DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 295.  ACTIVISION BLIZZARD INC DE | A | Dividend | | | Buy | 10/10/14 | J | | |
| 296.  ACTIVISION BLIZZARD INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 297.  SHIRE PLC SPON ADR DE | A | Dividend | J | T | Buy | 10/16/14 | J | | |
| 298.  EBAY INC DE | A | Dividend | | | Buy | 10/17/14 | J | | |
| 299.  EBAY INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 300.  GOOGLE INC CL C DE | A | Dividend | J | T | Buy | 10/17/14 | J | | |
| 301.  TRIMBLE NAVIGATION LTD DE VSP | A | Int./Div. | | | Sold | 10/20/14 | J | B | |
| 302.  NORDEA BANK AB EUR DE | A | Dividend | | | Buy | 10/22/14 | J | | |
| 303.  NORDEA BANK AB EUR DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 304.  UNITED CONTL HLDGS INC DE | A | Dividend | | | Buy | 10/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. UNITED CONTL HLDGS INC DE | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 306. BERKSHIRE HATHAWAY INC NEW CL B DE VSP (X) | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 307. CONSTELLATION BRANDS INC CL A DE VSP (X) | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 308. CUMMINS INC DE | A | Dividend | J | T | Buy | 10/28/14 | J | | |
| 309. ICON PLC EUR DE VSP | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 310. MANITOWOC CO DE VSP (X) | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 311. NPS PHARMACEUTICALS DEL DE VSP | A | Dividend | J | T | Buy | 10/28/14 | J | | |
| 312. PAREXEL INTL CORP DE VSP | A | Dividend | J | T | Buy | 10/28/14 | J | | |
| 313. PHOTRONICS INC DE VSP | A | Int./Div. | | | Sold | 10/28/14 | J | B | |
| 314. SUNEDISON INC DE VSP | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 315. UNTD RENTALS INC DE VSP (X) | A | Int./Div. | | | Sold | 10/28/14 | J | A | |
| 316. RF MICRO DEVICES INC DE | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 317. TECK RESOURCES LTD CL B ORD CAD DE | A | Dividend | J | T | Buy | 10/30/14 | J | | |
| 318. FREEPORT-MCMORAN INC DE | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 319. GOODYEAR TIRE & RUBBER CO DE | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 320. CIGNA CORP DE | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 321. FOSSIL GROUP INC DE | A | Dividend | J | T | Buy | 11/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. CELADON GROUP INC DE | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 323. CENTURYLINK INC DE | | None | J | T | Buy | 12/01/14 | J | | |
| 324. DISCOVER FINANCIAL SERVICES DE | | None | J | T | Buy | 12/10/14 | J | | |
| 325. TYSON FOODS INC CL A DE | | None | J | T | Buy | 12/10/14 | J | | |
| 326. CABOT CORP DE | | None | J | T | Buy | 12/15/14 | J | | |
| 327. ORANGE SPON ADR DE | | None | J | T | Buy | 12/30/14 | J | | |
| 328. UNITEDHEALTH GROUP INC (Y) | | | | | | | | | |
| 329. CONSTELLATION ENERGY GP (Y) | | | | | | | | | |
| 330. HERSHEY FOODS CORP (Y) | | | | | | | | | |
| 331. IMMUNEX CORP NEW (Y) | | | | | | | | | |
| 332. INDYMAC BANCORP INC (Y) | | | | | | | | | |
| 333. LEHMAN BROTHERS HLDGS COM (Y) | | | | | | | | | |
| 334. HCA INC (Y) | | | | | | | | | |
| 335. VISHAY INTERTECHNLGY (Y) | | | | | | | | | |
| 336. BARNES & NOBLE INC (Y) | | | | | | | | | |
| 337. WACHOVIA CORP (Y) | | | | | | | | | |
| 338. REHABCARE GROUP INC (Y) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. ELECTRS BOUTIQUE HLDGS (Y) | | | | | | | | | |
| 340. HARLEY DAVIDSON INC (Y) | | | | | | | | | |
| 341. MID ATLANTIC MED SVCS (Y) | | | | | | | | | |
| 342. OCEAN ENERGY INC (Y) | | | | | | | | | |
| 343. PUB SVC NEW MEX PR (Y) | | | | | | | | | |
| 344. AFFILIATED COMP SVCS (Y) | | | | | | | | | |
| 345. AMERICAN STD COS (Y) | | | | | | | | | |
| 346. ANIXTER INTL INC (Y) | | | | | | | | | |
| 347. BOISE CASCADE (Y) | | | | | | | | | |
| 348. MBNA CORP (Y) | | | | | | | | | |
| 349. OPEN TEXT CORP (Y) | | | | | | | | | |
| 350. CAPITOL ONE FINL (Y) | | | | | | | | | |
| 351. KINETICS CONCEPTS (Y) | | | | | | | | | |
| 352. NEWS CORP CI (Y) | | | | | | | | | |
| 353. NORFOLK SOUTHERN (Y) | | | | | | | | | |
| 354. OPEN TEXT CORP (Y) | | | | | | | | | |
| 355. SONY CORP (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 356. WEIGHT WATCHERS INT (Y) | | | | | | | | | |
| 357. COMMERCE BANCORP INC NJ (Y) | | | | | | | | | |
| 358. INGRAM MICRO INC CL A (Y) | | | | | | | | | |
| 359. MOTOROLA INC COM (Y) | | | | | | | | | |
| 360. MICRO DEVICES INC (Y) | | | | | | | | | |
| 361. SCIENTIFIC ATLANTA (Y) | | | | | | | | | |
| 362. MATSUSHTA EL IND ADR (Y) | | | | | | | | | |
| 363. FISHER SCIENTIFIC 1 NEW (Y) | | | | | | | | | |
| 364. THERMO ELECTRON CORP (Y) | | | | | | | | | |
| 365. UNIVISION COMM INC CL A (Y) | | | | | | | | | |
| 366. SAP AKGSLTT SPONSORD ADR (Y) | | | | | | | | | |
| 367. KOHLS CORP WISC PV 1CT (Y) | | | | | | | | | |
| 368. GLOBAL SANTAFE CORP (Y) | | | | | | | | | |
| 369. CITIZENS COMMNCTNS CO (Y) | | | | | | | | | |
| 370. PENSKE AUTO GROUP INC (Y) | | | | | | | | | |
| 371. GARMIN LTD (KAYMAN IS) (Y) | | | | | | | | | |
| 372. TREEHOUSE FOODS INC COM STK (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schroeder, HKennethJr | 06/03/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 373. ATC TECH CORP (Y) | | | | | | | | | |
| 374. RAILCORP HOLDINGS INC NEW DE (Y) | | | | | | | | | |
| 375. SCHLUMBERGER LTD NETHERLANDS ANTILLES (P) | | | | | | | | | |
| 376. VALUCLICK INC DE (Y) | | | | | | | | | |
| 377. EVEREST RE GROUP LTD BERMUDA (Y) | | | | | | | | | |
| 378. L.V.M.H.EUR 0.0.0EUR PAR ORDINARY (Y) | | | | | | | | | |
| 379. MEMC ELECTRONIC MATERIALS INC (Y) | | | | | | | | | |
| 380. ROYAL CARIBBEAN CRUISES LTD LIBERIA ORD (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Continuation of Part I. POSITIONS:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ HKennethJr Schroeder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544